**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 21-30687 |
| | § | |
| KATHLEEN COUGHLIN BENNETT | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/02/2021. The undersigned trustee was appointed on 12/02/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                              $6,711.67

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $2.22 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $414.33 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $6,295.12 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 05/19/2022 and the deadline for filing government claims was 05/31/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,379.73. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,379.73, for a total compensation of $1,379.73[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $37.89, for total expenses of $37.89.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/12/2023        By:    /s/ A. Burton Shuford
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**  
Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit A

| Case No.: | 21-30687-JCW | Trustee Name: | A. Burton Shuford |
|---|---|---|---|
| Case Name: | BENNETT, KATHLEEN COUGHLIN | Date Filed (f) or Converted (c): | 12/02/2021 (f) |
| For the Period Ending: | 5/4/2023 | §341(a) Meeting Date: | 01/05/2022 |
| | | Claims Bar Date: | 05/19/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1  Make: Volkswagon Model: Tiguan 2.0T SE 4D Year: 2019 Mileage: 47,000 Other Information: jointly owned with father, whose name appears with debtor on the title. Color is dark green. Value shown is KBB average private party value as of 10/21. | $12,245.00 | $0.00 | | $0.00 | FA |
| 2  Miscellaneous used furniture; linens; dishes; glassware and kitchenware | $5,400.00 | $0.00 | | $0.00 | FA |
| 3  3 used televisions; 3 iPhones; Playstation | $600.00 | $0.00 | | $0.00 | FA |
| 4  artwork | $3,500.00 | $0.00 | | $0.00 | FA |
| 5  used clothing, shoes, coats | $200.00 | $0.00 | | $0.00 | FA |
| 6  miscellaneous costume jewelry | $100.00 | $0.00 | | $0.00 | FA |
| 7  Cash, wallet and change jar | $7.00 | $0.00 | | $0.00 | FA |
| 8  Checkings, xxx3171 Bank of America | $6,684.00 | $0.00 | | $0.00 | FA |
| 9  savings Bank of America account xxx6893 | $5.05 | $1,000.00 | | $1,000.00 | FA |
| 10 Kathy Bennett Interiors, LLC (adminstratively dissolved 10.11.19) 100 % | $0.00 | $0.00 | | $0.00 | FA |
| 11 401(k) Circa Lighting | $15,028.47 | $0.00 | | $0.00 | FA |
| 12 rent, $4,600 paid, no value as subject to set off for non-payment of rent security deposit, residential lease | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Subject to claim of landlord and no value to the estate. | | | | | |
| 13 alimony and child support, owed by former husband Patrick Bennet | $0.00 | $0.00 | | $0.00 | FA |
| 14 Investment accounts (Abra, BlockFi and Cash App) | $20,179.00 | $10,189.10 | | $914.33 | FA |
| **Asset Notes:** Exemption amended see ECF 6 | | | | | |
| 15 Potential 2021 Tax Refunds  (u) | Unknown | $0.00 | | $4,797.34 | FA |

**TOTALS (Excluding unknown value)**                                                       **Gross Value of Remaining Assets**

            $63,948.52           $11,189.10                            $6,711.67       $0.00

**Major Activities affecting case closing:**  
01/12/2023    NOTES

**FORM 1**

Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Exhibit A

**ASSET CASES**

| Case No.: | 21-30687-JCW | Trustee Name: | A. Burton Shuford |
|---|---|---|---|
| Case Name: | BENNETT, KATHLEEN COUGHLIN | Date Filed (f) or Converted (c): | 12/02/2021 (f) |
| For the Period Ending: | 5/4/2023 | §341(a) Meeting Date: | 01/05/2022 |
| | | Claims Bar Date: | 05/19/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

07/28/2022    NOTES

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2022 |
| **Current Projected Date Of Final Report (TFR):** | 06/01/2023 |

/s/ A. BURTON SHUFORD

A. BURTON SHUFORD

**FORM 2**

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 21-30687-JCW | | Trustee Name: | A. Burton Shuford |
|---|---|---|---|---|
| Case Name: | BENNETT, KATHLEEN COUGHLIN | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0301 | | Checking Acct #: | ******0034 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/2/2021 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/4/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/28/2022 | | KATHLEEN BENNETT | PAYMENT ON SETTLEMENT | * | $1,500.00 | | $1,500.00 |
| | {9} | | $1,000.00 | 1249-000 | | | $1,500.00 |
| | {14} | | $500.00 | 1249-000 | | | $1,500.00 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $2.22 | $1,497.78 |
| 04/04/2023 | | US TREASURY | 2021 TAX REFUND | * | $5,211.67 | | $6,709.45 |
| | {15} | | $4,797.34 | 1224-000 | | | $6,709.45 |
| | {14} | | 2021 Tax Refund and portion of settlement $414.33 | 1249-000 | | | $6,709.45 |
| 04/26/2023 | 5001 | KATHLEEN BENNETT | Overpayment from tax refund - See order at ECF #26. | 8100-002 | | $414.33 | $6,295.12 |
| | | | **TOTALS:** | | $6,711.67 | $416.55 | $6,295.12 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,711.67 | $416.55 | |
| | | | **Less: Payments to debtors** | | $0.00 | $414.33 | |
| | | | **Net** | | $6,711.67 | $2.22 | |

| For the period of 12/2/2021 to 5/4/2023 | | For the entire history of the account between 11/28/2022 to 5/4/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,711.67 | Total Compensable Receipts: | $6,711.67 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,711.67 | Total Comp/Non Comp Receipts: | $6,711.67 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2.22 | Total Compensable Disbursements: | $2.22 |
| Total Non-Compensable Disbursements: | $414.33 | Total Non-Compensable Disbursements: | $414.33 |
| Total Comp/Non Comp Disbursements: | $416.55 | Total Comp/Non Comp Disbursements: | $416.55 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 21-30687-JCW | | | **Trustee Name:** | | A. Burton Shuford |
| **Case Name:** | BENNETT, KATHLEEN COUGHLIN | | | **Bank Name:** | | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***0301 | | | **Checking Acct #:** | | ******0034 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 12/2/2021 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 5/4/2023 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,711.67 | $416.55 | $6,295.12 |

**For the period of 12/2/2021 to 5/4/2023**

| | |
|---|---|
| Total Compensable Receipts: | $6,711.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,711.67 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2.22 |
| Total Non-Compensable Disbursements: | $414.33 |
| Total Comp/Non Comp Disbursements: | $416.55 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/02/2021 to 5/4/2023**

| | |
|---|---|
| Total Compensable Receipts: | $6,711.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,711.67 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2.22 |
| Total Non-Compensable Disbursements: | $414.33 |
| Total Comp/Non Comp Disbursements: | $416.55 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ A. BURTON SHUFORD

A. BURTON SHUFORD

CLAIM ANALYSIS REPORT

Page No: 1    Exhibit C

| Case No.: | 21-30687-JCW | | Trustee Name: | A. Burton Shuford |
| Case Name: | BENNETT, KATHLEEN COUGHLIN | | Date: | 5/4/2023 |
| Claims Bar Date: | 05/19/2022 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A. BURTON SHUFORD<br><br>PO Box 691626<br>Mint Hill NC 28227 | 04/21/2023 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,379.73 | $1,379.73 | $0.00 | $0.00 | $0.00 | $1,379.73 |
| | A. BURTON SHUFORD<br><br>PO Box 691626<br>Mint Hill NC 28227 | 05/01/2023 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $37.89 | $37.89 | $0.00 | $0.00 | $0.00 | $37.89 |
| | A. BURTON SHUFORD<br><br>PO Box 691626<br>Mint Hill NC 28227 | 05/01/2023 | Attorney for Trustee Fees (Trustee | Allowed | 3110-000 | $0.00 | $4,612.50 | $4,612.50 | $0.00 | $0.00 | $0.00 | $4,612.50 |
| | A. BURTON SHUFORD<br><br>PO Box 691626<br>Mint Hill NC 28227 | 05/01/2023 | Attorney for Trustee Expenses (Trus | Allowed | 3120-000 | $0.00 | $468.56 | $468.56 | $0.00 | $0.00 | $0.00 | $468.56 |
| 1 | INTERNAL REVENUE SERVICE<br><br>10715 David Taylor Drive<br>Room #2-300<br>Charlotte NC 28262 | 03/04/2022 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $23,430.05 | $23,430.05 | $0.00 | $0.00 | $0.00 | $23,430.05 |
| 1a | INTERNAL REVENUE SERVICE<br>10715 David Taylor Drive<br>Room #2-300<br>Charlotte NC 28262 | 03/04/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $129,691.02 | $129,691.02 | $0.00 | $0.00 | $0.00 | $129,691.02 |
| | | | | | | $159,619.75 | $159,619.75 | $0.00 | $0.00 | $0.00 | $159,619.75 |

CLAIM ANALYSIS REPORT

Page No: 2     Exhibit C

| Case No. | 21-30687-JCW | Trustee Name: | A. Burton Shuford |
| Case Name: | BENNETT, KATHLEEN COUGHLIN | Date: | 5/4/2023 |
| Claims Bar Date: | 05/19/2022 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Expenses (Trus | $468.56 | $468.56 | $0.00 | $0.00 | $0.00 | $468.56 |
| Attorney for Trustee Fees (Trustee | $4,612.50 | $4,612.50 | $0.00 | $0.00 | $0.00 | $4,612.50 |
| Claims of Governmental Units - 507( | $23,430.05 | $23,430.05 | $0.00 | $0.00 | $0.00 | $23,430.05 |
| General Unsecured 726(a)(2) | $129,691.02 | $129,691.02 | $0.00 | $0.00 | $0.00 | $129,691.02 |
| Trustee Compensation | $1,379.73 | $1,379.73 | $0.00 | $0.00 | $0.00 | $1,379.73 |
| Trustee Expenses | $37.89 | $37.89 | $0.00 | $0.00 | $0.00 | $37.89 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      21-30687
Case Name:     KATHLEEN COUGHLIN BENNETT
Trustee Name:  A. Burton Shuford

Balance on hand: $6,295.12

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $6,295.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| A. Burton Shuford, Trustee Fees | $1,379.73 | $0.00 | $1,272.80 |
| A. BURTON SHUFORD, Trustee Expenses | $37.89 | $0.00 | $34.95 |
| A. BURTON SHUFORD, Attorney for Trustee Fees | $4,612.50 | $0.00 | $4,255.03 |
| A. BURTON SHUFORD, Attorney for Trustee Expenses | $468.56 | $0.00 | $432.25 |

Total to be paid for chapter 7 administrative expenses: $5,995.03
Remaining balance: $300.09

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $300.09

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $23,430.05 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Internal Revenue Service | $23,430.05 | $0.00 | $300.09 |

Total to be paid to priority claims: $300.09
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $129,691.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1a | Internal Revenue Service | $129,691.02 | $0.00 | $0.00 |

| | |
|---:|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---:|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---:|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| In re:  KATHLEEN COUGHLIN BENNETT,  Debtor. | Case No.:  21-30687  Chapter 7 |
|---|---|

**BANKRUPTCY ADMINISTRATOR'S STATEMENT OF POSITION REGARDING TRUSTEE'S FINAL REPORT AND PROPOSED DISTRIBUTION**

1. Section 317(b) of Title III of the Judicial Improvements Act of 1990 gives the Bankruptcy Administrator standing to appear in cases filed under title 11 of the United States Code. This Bankruptcy Administrator's Statement of Position Regarding Trustee's Final Report and Proposed Distribution is filed pursuant to that authority.

2. The Office of the Bankruptcy Administrator has reviewed the Trustee's Final Report and Proposed Distribution submitted by A. Burton Shuford, Trustee in the above-captioned Chapter 7 case. Subject to the proper filing and noticing of the Trustee's Final Report and Proposed Distribution as well as all applications submitted to the Office of the Bankruptcy Administrator for review, the Office of the Bankruptcy Administrator has found no basis upon which to raise any objection.

Date:  May 12, 2023

/s/ Shelley K. Abel
Shelley K. Abel
U.S. Bankruptcy Administrator
401 W. Trade Street, Suite 2400
Charlotte, NC 28202
N.C. State Bar No. 34370
Tel: (704) 350-7587
Fax: (704) 350-7577
shelley_abel@ncwba.uscourts.gov

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>KATHLEEN COUGHLIN BENNETT<br><br><br>Debtor | Case No. 21-30687-JCW<br>Chapter 7 |

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day served a copy of the **TRUSTEE'S FINAL REPORT** by either Electronic Case Filing or by depositing copies of same in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed, addressed to the following parties:

Shelley K. Abel
U.S. Bankruptcy Administrator          Via Electronic Case Filing

James Henderson
Attorney for Debtor          Via Electronic Case Filing

<u>Debtor's Name & Address</u>
Kathleen Coughlin Bennett
420 QUEENS ROAD, NO. 7
CHARLOTTE, NC 28207

     This the 12th day of May, 2023.

                                    */s/ A. Burton Shuford*
                                    A. Burton Shuford, NCBN 10035
                                    Attorney for the Trustee
                                    PO Box 691626
                                    Mint Hill, NC 28227
                                    Telephone: (980) 321-7001
                                    Email:  bshuford@abshuford.com