FILED & JUDGMENT ENTERED
Steven T. Salata

June 21 2023

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>KATHLEEN COUGHLIN BENNETT<br><br><br>Debtor | Case No. 21-30687-JCW<br>Chapter 7 |

**ORDER APPROVING FINAL REPORT AND ACCOUNT OF TRUSTEE AND AUTHORIZING DISBURSEMENT OF FUNDS OF THE ESTATE**

The trustee herein, A. Burton Shuford, having heretofore filed in this matter his Final Report and Account and Application to Disburse Funds of the Estate, and no objection to said original Report and Application having been filed within thirty (30) days after due notice to creditors as required by law, and it appearing from examination of the Final Report and Account of said Trustee that said report and account is correct, and it further appearing therefrom that the same should be allowed, approved and confirmed, it is

ORDERED that the Trustee's application for commissions and reimbursement of Trustee expenses is approved, and it is

FURTHER ORDERED that the Trustee is authorized and is ordered to abandon any books and records of the debtor(s) not claimed within thirty (30) Days of the date of this Order, and is authorized and ordered to abandon any property of the debtor(s) disclosed in their bankruptcy schedules or identified in this bankruptcy and not otherwise liquidated for the estate, and it is

FURTHER ORDERED that the Trustee's Final Report and Account is hereby allowed, approved and confirmed, the Trustee is discharged and released from any liability to any governmental taxing entity for any taxes, penalties or interest, and, the

trustee is hereby authorized and directed to make all disbursements as provided in Exhibit A which is attached hereto and hereby incorporated by reference, and it is

FURTHER ORDERED that upon distribution of the funds of the estate as herein provided and the expiration of that period as set forth in 11 U.S.C. §347 that the Trustee shall promptly file his report pursuant to Bankruptcy Rule 3011 and proceed to close the administration of the estate, and it is

FURTHER ORDERED that all claims filed after the claims bar date as set by Order of the Court are hereby disallowed.

*This Order has been signed electronically.  The judge's signature and court's seal appear at the top of the Order*

*United States Bankruptcy Court*

Exhibit A

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     21-30687
Case Name:    KATHLEEN COUGHLIN BENNETT
Trustee Name: A. Burton Shuford

Balance on hand: $6,295.12

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $6,295.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| A. Burton Shuford, Trustee Fees | $1,379.73 | $0.00 | $1,272.80 |
| A. BURTON SHUFORD, Trustee Expenses | $37.89 | $0.00 | $34.95 |
| A. BURTON SHUFORD, Attorney for Trustee Fees | $4,612.50 | $0.00 | $4,255.03 |
| A. BURTON SHUFORD, Attorney for Trustee Expenses | $468.56 | $0.00 | $432.25 |

Total to be paid for chapter 7 administrative expenses: $5,995.03
Remaining balance: $300.09

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $300.09

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $23,430.05 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Internal Revenue Service | $23,430.05 | $0.00 | $300.09 |

Total to be paid to priority claims: $300.09
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $129,691.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1a | Internal Revenue Service | $129,691.02 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |